IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-00609-RPM-MJW

LAWRENCE ROBERT WARFIELD,

        Plaintiff,

v.

EL PASO COUNTY (EL PASO COUNTY SHERIFF'S OFFICE);
CORRECTIONAL MEDICAL SERVICES, INC.;
JOHN W. ANDERSON, as Sheriff and as a Individual:
SANTIAGO, Comm. Deputy and as a Individual;
SHULL, Comm. Deputy and as a Individual;
RAFFATT, Lt. Deputy and as a Individual;
ZANI, Lt. Deuty and as a Individual;
ATHEY, Lt. Deputy and as a Individual;
WHITNEY, Sgt. Deputy and as a Individual;
BRANDT, Sgt. Deputy and as a Individual;
ALLEN, Sgt. Deputy and as a Individual;
DAVIS, Sgt. Deputy and as a Individual;
MACK, Sgt. Deputy and as a Individual:
RENEE FALLHOWE, Doctor, M.D., and as a Individual;
CONNIE MAYO, Nurse R.N. and as a Individual;
LETITIA FISCHER, Nurse R.N. and as a Individual;
MARYLN HUFFMAN, L.P.N. and as a Individual;
JULIE BAUGHMAN, R.N. and as a Individual;
JENNEE SANDERS, Nurse R.N. and as a Individual;
SUSAN TURK, Nurse R.N. and as a Individual,

        Defendants.

_____

ORDER DENYING MOTION FOR EXTENSION OF TIME

_____

On August 26, 2005, the plaintiff Lawrence Robert Warfield filed with the Clerk

of this Court a pleading designated as Plaintiff's Motion for Extension of Time and Clarification of Judgment Order, and Notice to Court in which he requests an extension of time until after he is released from custody, expected to be December 14, 2005, within which to make certain determinations with respect to further proceedings in his dispute with the defendants. Warfield has asked this Court to interpret the Order of Dismissal entered on May 27, 2005. That order is self-explanatory and clearly shows that the State law claims that were not determined by this Court were dismissed without prejudice and the plaintiff may pursue them in a State court of proper jurisdiction and venue. Those claims are still viable. The certificate of mailing attached to the order in the Clerk's office indicates that a copy of the order was mailed to Mr. Warfield at his address of record and was not returned by the Postal Service. Mr. Warfield indicates that he was arrested on June 13, 2005, on a parole violation and has no access to his legal papers. He apparently received this Court's order before he was incarcerated and it is not the function of this Court to explain the law to the plaintiff. It is

ORDERED that the motion filed August 26, 2005, is denied.

DATED: August 31, 2005

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

Civil Action No.  03-cv–00609-RPM

      I do hereby certify that I have mailed a copy of the attached via U.S. Mail to the following:

Dated: August 31, 2005

                                        GREGORY C. LANGHAM, CLERK

                                        s/ Leslie A. Martin
                    By_____
                                        Deputy

Lawrence Robert Warfield
No. 54622
DRDC CH-4A 105
P. O. Box 392004
Denver, CO 80239-8004