IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-00609-RPM-MJW

LAWRENCE ROBERT WARFIELD,

              Plaintiff,

v.

EL PASO COUNTY (EL PASO COUNTY SHERIFF'S OFFICE);
CORRECTIONAL MEDICAL SERVICES, INC.;
JOHN W. ANDERSON, as Sheriff and as a Individual:
SANTIAGO, Comm. Deputy and as a Individual;
SHULL, Comm. Deputy and as a Individual;
RAFFATT, Lt. Deputy and as a Individual;
ZANI, Lt. Deuty and as a Individual;
ATHEY, Lt. Deputy and as a Individual;
WHITNEY, Sgt. Deputy and as a Individual;
BRANDT, Sgt. Deputy and as a Individual;
ALLEN, Sgt. Deputy and as a Individual;
DAVIS, Sgt. Deputy and as a Individual;
MACK, Sgt. Deputy and as a Individual:
RENEE FALLHOWE, Doctor, M.D., and as a Individual;
CONNIE MAYO, Nurse R.N. and as a Individual;
LETITIA FISCHER, Nurse R.N. and as a Individual;
MARYLN HUFFMAN, L.P.N. and as a Individual;
JULIE BAUGHMAN, R.N. and as a Individual;
JENNEE SANDERS, Nurse R.N. and as a Individual;
SUSAN TURK, Nurse R.N. and as a Individual,

              Defendants.
_____

ORDER STRIKING PLEADING
_____

        On December 9, 2005, the Clerk of this court received from a deputy clerk of the

Tenth Circuit Court of Appeals a pleading designated Plaintiff's Request for Appeal

Packet Parts A&B to File Appeal on the United States District Court of Colorado.  On

November 28, 2005, this Court entered an order denying a motion to file out of time,

filed on November 22, 2005, whereby Lawrence Robert Warfield sought to file a notice

of appeal from an order of dismissal, entered May 27, 2005.  That order was based on

the failure to exhaust available administrative remedies for the federal claims and

denied supplemental jurisdiction for state law claims.  The present filing is procedurally

inappropriate and it is therefore

ORDERED that the filings by Lawrence Robert Warfield of December 9, 2005,

are stricken.

DATED:  December 13, 2005

BY THE COURT:


s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge

Civil Action No.  03-cv–00609-RPM

I do hereby certify that I have mailed a copy of the attached via U.S. Mail to the following:

Dated: December 13, 2005

GREGORY C. LANGHAM, CLERK

s/Leslie A. Martin

By_____
                    Deputy

Lawrence Robert Warfield
No. 54622
AVCF 2C
P. O. Box 1000
Crowley, CO 81034